797 S.E.2d 534

## RE: AMENDMENT TO RULE 420, SOUTH CAROLINA APPELLATE COURT RULES

Appellate Case No. 2017-000241

Supreme Court of South Carolina.

March 8, 2017

## ORDER

Pursuant to Article V, § 4 of the South Carolina Constitution, Rule 420(c)(4), SCACR, is amended to provide as follows:

(4) To ensure the presence of a professionalism component in the Essentials Series Programs;

The amendment is effective immediately.

/s/Donald W. Beatty, C.J.

/s/John W. Kittredge, J.

/s/Kaye G. Hearn, J.

/s/John Cannon Few, J.

/s/George C. James, Jr J.